UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 25-cv-13435 |
| JOHN FREDERICK SHASTAL, JR. and KIMBERLY ANN SHASTAL, | Hon. F. Kay Behm<br>United States District Judge |
| Debtors, | |
| _____ / | |
| RECOVERY LAW GROUP, APC,<br>Appellant, | |
| v. | |
| ANDREW R. VARA, U.S. TRUSTEE, Appellee. | |
| _____ / | |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
_____

**ORDER ON APPELLANT'S MOTION FOR PARTIAL STAY
PENDING APPEAL (ECF No. 6)**

This matter is before the court on Appellant Recovery Law Group APC's Motion for Partial Stay Pending Appeal of Order Granting Summary Judgment to the United States Trustee with Respect to 11 U.S.C. § 526 (ECF No. 6).

1

On November 10, 2025, Recovery Law moved this Court for a partial stay of the bankruptcy court's order on appeal. ECF No. 6. Having found that Recovery Law had engaged in a pattern or practice of violating its disclosure obligations, the bankruptcy court's order suspended Recovery Law from directly or indirectly soliciting or filing bankruptcy cases in this District for a minimum of three years. Bankr. Dkt. 203. The bankruptcy court further ordered Recovery Law to pay a civil penalty of $392,471, no later than October 30, 2025. *Id.* The civil penalty represents the total fees received by Recovery Law in the 220 cases in which it was found to have violated 11 U.S.C. §§ 329 and 526 and Fed. R. Bankr. P. 2016(b). Bankr. Dkt. 202 at 31.

Recovery Law seeks a partial stay of the bankruptcy court's order, specifically the requirement to pay the civil penalty, pending this court's review on appeal. Appellee United States Trustee takes no position on Appellant's request for limited stay relief. ECF No. 9.

In recognition that the motion for a partial stay is unopposed, the court **GRANTS** the motion for a partial stay only with regard to the requirement for Recovery Law Group to pay a civil penalty of $392,471 no later than October 30, 2025.

**IT IS FURTHER ORDERED** that Recovery Law Group must post a bond in the amount of $98,117.75 by December 31, 2025, for a Partial Stay Pending Appeal of the part of the Order Granting Summary Judgment to the United States Trustee With Respect to 11 U.S.C. § 526 with regard to the requirement for Recovery Law Group to pay a civil penalty of $392,471 no later than October 30, 2025. Pursuant to Local Rule 67.1, Plaintiff's bond shall be held in an interest-bearing account, and the Clerk shall deduct from the account any fee authorized by the Judicial Conference of the United States.

**SO ORDERED**.

Date: December 2, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge