UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

JOHN FREDERICK SHASTAL,
JR. and KIMBERLY ANN
SHASTAL,

      Debtors,                                              Case No. 25-cv-13435

_____ /                          Hon. F. Kay Behm
                                                            United States District Judge

RECOVERY LAW GROUP, APC,
Appellant,

v.

ANDREW R. VARA, U.S.
TRUSTEE, Appellee.
_____ /

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

---

## **JUDGMENT**

In accordance with the order entered this same day, this appeal is

**DISMISSED** pursuant to Fed. R. Bankr. P. 8018(a)(4) and 8009.  The

court retains jurisdiction as to disposition of the bond collected in this

matter.

**SO ORDERED**.


Date: June 15, 2026                    <u>s/F. Kay Behm</u>
                                       F. Kay Behm
                                       United States District Judge