IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

RECOVERY LAW GROUP, APC,

    Appellant,

v.

Andrew R. Vara, United States Trustee,

    Appellee.

Civ. No. 4:25-13435-FKB-CI

**ORDER**

On January 5, 2026, appellant Recovery Law Group posted $98,117.75 as security (Dkt. 12) to secure a stay pending appeal of the bankruptcy court's order to pay a $392,471 civil penalty.  Per this Court's order, such security was deposited in an interest-bearing account.  (Dkt. 11).  On June 15, 2026, after Recovery Law failed to prosecute its appeal and missed its deadline to respond to this Court's show cause order (Dkt. 14), this Court dismissed this appeal, dissolved the stay of the bankruptcy court's order, and ordered Recovery Law to pay the full penalty of $392,471 no later than July 31, 2026.  (Dkt. 17).  This Court further ordered the parties to address how to resolve Recovery Law's posted bond.  (*Id.*).  Having considered the submitted briefing, and finding cause, this Court hereby orders that:

1.    The Clerk is directed to issue a check made payable to the United States Treasury for $98,117.75 and one hundred percent of interest forthwith; and

2.      The Clerk will notify the Office of the United States Trustee when this

check is ready for collection, or will have this check delivered to the attention of:

Paul J. Randel
Assistant United States Trustee
Department of Justice
Office of the United States Trustee
211 W. Fort Street, Suite 700
Detroit, MI 48226
Tel.:  (202) 641-3559


        **SO ORDERED.**

Date: July 6, 2026                          s/F. Kay Behm
                                            F. Kay Behm
                                            United States District Judge